No. 83–1065.   COUNTY OF ONEIDA, NEW YORK, ET AL. *v.* ONEIDA INDIAN NATION OF NEW YORK STATE ET AL.; and
No. 83–1240.   NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK STATE ET AL.   C. A. 2d Cir.   [Certiorari granted, 465

U. S. 1099.] Motion of petitioners for divided argument and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose.